IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NANCY C. JOHNSON,

            Plaintiff,

   v.

UNITED STATES POSTAL SERVICE,
NATIONAL RURAL LETTER CARRIER'S
ASSOCIATION, VICKI GALGOWSKI,
JOE KAUFMAN and CHRIS KOTTKE,

            Defendants.

ORDER

12-cv-127-slc

---

      Plaintiff Nancy Johnson, who is proceeding pro se, has paid the $350 fee for filing this case. The next step is for plaintiff to serve her complaint on the defendants. Under Fed. R. Civ. P. 4(m), a plaintiff has 120 days after filing a complaint in which to serve a defendant. However, that is an outside limit with few exceptions. This court requires that a plaintiff act diligently in moving his case to resolution. If plaintiff acts promptly, she should be able to serve her complaint on the defendants well before the deadline for doing so established in Rule 4.

      To help plaintiff understand the procedure for serving a complaint, I am enclosing with this order copies of two documents titled "Serving the United States, Its Agencies, Corporations, Officers, or Employees" and "Procedure for Service a Complaint on a Corporation, Partnership or Unincorporated Association in Federal Court:" In addition, I am enclosing to plaintiff five copies of her complaint and the forms she will need to send to the defendants in accordance with the procedures set out in the enclosed documents.

      For the remainder of this lawsuit, plaintiff must send defendant a copy of every paper or document that she files with the court. Once plaintiff learns the name of the lawyer that will be representing defendant(s), she should serve the lawyer directly rather than defendants. The

court will disregard documents plaintiff submits that do not show on the court's copy that she has sent a copy to defendant or to defendant's attorney. Plaintiff should keep a copy of all documents for her own files. If she is unable to use a photocopy machine, she may send out identical handwritten or typed copies of her documents.

## ORDER

IT IS ORDERED that plaintiff promptly serve her complaint on the defendants and file proof of service as soon as service has been accomplished. If, by May 15, 2012, plaintiff fails to submit proof of service of her complaint on the defendants or explain her inability to do so, I will direct plaintiff to show cause why her case should not be dismissed for lack of prosecution.

Entered this 21st day of March, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge