IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NANCY C. JOHNSON,

                Plaintiff,

    v.

UNITED STATES POSTAL SERVICE,
NATIONAL RURAL LETTER CARRIER'S
ASSOCIATION, VICKI GALGOWSKI,
JOE KAUFMAN and CHRIS KOTTKE,

                Defendants.

ORDER

12-cv-127-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order dated December 17, 2012, I granted defendants United States Postal Service, Kaufman and Kottke's motion to dismiss because plaintiff had failed to file a timely administrative grievance with respect to her Title VII and Rehabilitation Act claims against those defendants. I also dismissed plaintiff's claims against defendants National Rural Letter Carriers' Association and Galgowski for breach of their duty of fair representation because they were barred by the statute of limitations. I concluded that any other claim plaintiff was attempting to assert violated Fed. R. Civ. P. 8, and I gave plaintiff an opportunity to file an amended complaint to clarify the claims I did not dismiss as untimely. I gave plaintiff until December 28, 2012 to file an amended complaint. I told plaintiff that if she failed to respond by December 28, I would enter an order directing the clerk of court to close this case.

1

Plaintiff has since filed two motions for extension of time to file her amended complaint, both of which were granted. Plaintiff's most recent deadline was March 15, 2013, and Magistrate Judge Stephen Crocker made clear in his March 1, 2013 order that this was the final deadline for plaintiff. On March 15, 2013, plaintiff filed a motion to extend the deadline to March 18, 2013 rather than submit her amended complaint. Because plaintiff has been given more than adequate opportunity to submit her amended complaint, I will deny the motion and dismiss the case.

ORDER

IT IS ORDERED that plaintiff Nancy Johnson's request for an extension of time for filing her amended complaint to March 18, 2013, dkt. #45, is DENIED. The case is DISMISSED. The clerk of court is directed to enter judgment in favor of defendants and close this case.

Entered this 3d day of April, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge