IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NANCY C. JOHNSON,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,
NATIONAL RURAL LETTER CARRIER'S
ASSOCIATION, VICKI GALGOWSKI, JOE
KAUFMAN and CHRIS KOTTKE,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-127-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants;

    (1) granting National Rural Letter Carrier and Vicki Galgowski's motion to dismiss plaintiff's claims that they failed to provide fair representation with prejudice as barred by the statute of limitations;

    (2) granting United States Postal Service, Chris Kottke and Joe Kaufman's motion to dismiss plaintiff's claims under Title VII and the Rehabilitation Act without prejudice for her failure to file timely administrative complaints; and

    (3) dismissing plaintiff's remaining claims without prejudice for failure to satisfy Fed. R. Civ. P. 8.

| /s/ | 4/5/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |